**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br>MELVIN DAVIS<br>SUE-SUE MONIQUE GRANT-DAVIS<br>Debtor(s) | Case No. 19-40956-R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carey D. Ebert, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2019.

2) The plan was confirmed on 07/17/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/16/2022, 07/26/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2021, 03/22/2024.

5) The case was completed on 05/20/2024.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $10,400.00.

10) Amount of unsecured claims discharged without full payment: $25,994.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $78,080.89 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$78,080.89**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,931.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$11,731.63**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIDVANTAGE ON BEHALF OF | Unsecured | 60,366.00 | 156,718.02 | 156,718.02 | 429.20 | 0.00 |
| AIDVANTAGE ON BEHALF OF | Unsecured | 39,301.00 | 44,272.06 | 44,272.06 | 121.24 | 0.00 |
| ALLEN ISD | Secured | NA | 5,524.42 | 5,524.42 | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ACCOUNTS | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 944.00 | 1,144.40 | 1,144.40 | 3.13 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 705.00 | 705.12 | 705.12 | 1.93 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 689.00 | 689.03 | 689.03 | 1.89 | 0.00 |
| CENTRAL CREDIT SERVICES LLC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| COLLIN COUNTY TAX ASSESSOR/CO | Secured | 8,383.97 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| COMENITY BANK/VICTORIA SECRET | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| COMENITYBANK/NEW YORK | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| COMENITYCAPITAL/ZLOTLT | Unsecured | 757.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES INC | Secured | 5,175.00 | 5,049.11 | 5,049.11 | 5,049.11 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,073.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / NAVIENT | Unsecured | 57,487.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 239,391.58 | 239,391.58 | 655.62 | 0.00 |
| ECMC | Unsecured | NA | 16,091.76 | 16,091.76 | 44.07 | 0.00 |
| FINANCIAL CONTROL SERVICES | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| FOOT AND ANKLE WOUND CARE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 695.00 | 695.12 | 695.12 | 1.91 | 0.00 |
| MEDICAL CITY OF MCKINNEY | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC | Unsecured | 35,228.00 | 40,190.12 | 40,190.12 | 110.07 | 0.00 |
| NAVIENT SOLUTIONS, INC. | Unsecured | NA | 403.69 | 403.69 | 1.11 | 0.00 |
| NTTA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 265.00 | 330.41 | 330.41 | 0.91 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 404.00 | 395.65 | 395.65 | 1.09 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,120.00 | 1,328.05 | 1,328.05 | 3.64 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 53,593.17 | 0.00 | 57,407.14 | 57,407.14 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 393,499.14 | 438,268.86 | 438,268.86 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | Secured | NA | 8,216.65 | 8,216.65 | 0.00 | 0.00 |
| SYNERPRISE CONSULTING SERVICES | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | NA | 9,887.00 | 9,887.00 | 27.07 | 0.00 |
| TITLEMAX OF TEXAS INC | Secured | 1,500.00 | 2,177.71 | 2,110.21 | 2,110.21 | 312.42 |
| TITLEMAX OF TEXAS INC | Secured | NA | 0.00 | 67.50 | 67.50 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Secured | 14,235.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $438,268.86 | $0.00 | $0.00 |
| Mortgage Arrearage | $65,623.79 | $57,407.14 | $0.00 |
| Debt Secured by Vehicle | $2,110.21 | $2,110.21 | $312.42 |
| All Other Secured | $13,641.03 | $5,116.61 | $0.00 |
| **TOTAL SECURED:** | **$519,643.89** | **$64,633.96** | **$312.42** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$512,242.01** | **$1,402.88** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $11,731.63 | |
| Disbursements to Creditors | $66,349.26 | |
| **TOTAL DISBURSEMENTS** : | | **$78,080.89** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/05/2024 By: /s/ Carey D. Ebert
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

MELVIN DAVIS
SUE-SUE MONIQUE GRANT-DAVIS
1622 LOST CREEK DRIVE
ALLEN, TX 75002

LEINART LAW FIRM
10670 N CENTRAL EXPRESSWAY
SUITE 320
DALLAS, TX 75231

Dated: November 05, 2024 /s/ Carey D. Ebert
Office of the Standing Chapter 13 Trustee